IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:23-CR-____ |
| v. | **INDICTMENT** |
| JOHNIFER DERNARD BARNWELL and JANECIA GREEN, | VIOLATIONS: |
| Defendants. | 18 U.S.C. § 751(a)<br>18 U.S.C. § 752(a)<br>18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### ESCAPE FROM CUSTODY

On or about October 16, 2023, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JOHNIFER DERNARD BARNWELL,**

Defendant herein, aided and abetted by

**JANECIA GREEN**

and by other persons both known and unknown to the Grand Jury, did knowingly escape from the custody of the Bibb County, Georgia Sheriff where he had been confined under a contract with the United States Marshal for the Middle District of Georgia, who is a designee of the Attorney General, where he was lawfully confined by virtue of a Remand Order issued after conviction in the United States District Court for the Middle District of Georgia for the commission of multiple federal offenses in case 5:22-CR-00009, to wit: Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of Title 21, U.S.C. Sections 841(a)(1) and (b)(1)(A)(i), (vi), and (viii); Possession with Intent to Distribute Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide)) in violation of Title 21, U.S.C. Sections 841(a)(1), 841(b)(1)(A)(vi), and Title 18, U.S.C. Section 2; Possession with Intent to Distribute Methamphetamine in violation of Title 21, U.S.C. Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, U.S.C. Section 2; Possession with Intent to Distribute p-Fluorofentanyl, a Fentanyl Analogue in violation of Title 21, U.S.C. Sections 841(a)(1), 841(b)(1)(A)(vi), and Title 18, U.S.C. Section 2; Possession with Intent to Distribute Cocaine Base in violation of Title 21, U.S.C. Sections 841(a)(1), 841(b)(1)(A)(iii), and Title 18, U.S.C. Section 2; and Possession with Intent to Distribute Heroin in violation of Title 21, U.S.C. Sections 841(a)(1), 841(b)(1)(A)(i).

All in violation of Title 18, United States Code, Section 751(a) and Title 18, United States Code, Section 2.

## COUNT TWO
## ASSISTING ESCAPE OF PERSON COMMITTED TO CUSTODY

On or about October 16, 2023, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JANECIA GREEN,**

Defendant herein, did knowingly rescue, instigate, aid, and assist in the escape of **JOHNIFER DERNARD BARNWELL**, a person committed to the custody of the Attorney General by virtue of a Remand Order issued after conviction in the United States District Court for the Middle District of Georgia upon conviction for the commission of multiple federal offenses in case 5:22-CR-00009, to wit: Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of Title 21, U.S.C. Sections 841(a)(1) and (b)(1)(A)(i), (vi), and (viii); Possession with Intent to Distribute Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide)) in violation of Title 21, U.S.C. Sections 841(a)(1), 841(b)(1)(A)(vi), and Title 18, U.S.C. Section 2; Possession with Intent to Distribute Methamphetamine in violation of Title 21, U.S.C. Sections

2

841(a)(1), 841(b)(1)(A)(viii), and Title 18, U.S.C. Section 2; Possession with Intent to Distribute p-Fluorofentanyl, a Fentanyl Analogue in violation of Title 21, U.S.C. Sections 841(a)(1), 841(b)(1)(A)(vi), and Title 18, U.S.C. Section 2; Possession with Intent to Distribute Cocaine Base in violation of Title 21, U.S.C. Sections 841(a)(1), 841(b)(1)(A)(iii), and Title 18, U.S.C. Section 2; and Possession with Intent to Distribute Heroin in violation of Title 21, U.S.C. Sections 841(a)(1), 841(b)(1)(A)(i).

All in violation of Title 18, United States Code, Section 752(a).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY
Presented by:

JOY ODOM
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14 day of November, 2023.

Deputy Clerk