AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
| JANECIA GREEN | ) Case No. 5:23-mj-72-CHW |
|  | ) |
|  | ) 2420-1017-0042-J |
|  | ) FID# 11605659 |
|  | ) USMS# 86828-510 |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Janecia Green__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. 572 / Instigating or assisting escape

Date: October 16, 2023

Issuing officer's signature

Charles H. Weigle, USM
Printed name and title

City and state: Macon, Georgia

### Return

This warrant was received on *(date)* Oct 16, 2023, and the person was arrested on *(date)* Nov 14, 2023
at *(city and state)* Macon, Georgia.

Date: Nov 14, 2023

Arresting officer's signature

FBI TFO Lawson C. Bittick, III
Printed name and title